No. 88–1753. S. T., ON BEHALF OF HER MINOR CHILD, N. T. *v.* BOARD OF EDUCATION OF THE CITY OF MILLVILLE, NEW JER-

SEY, ET AL. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.